**Order entered September 2, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00529-CV

**DESOTO PROFESSIONAL PARK, LTD., Appellant**

**V.**

**JOHN P. KIRTLAND, JEK LENDING, LLC, AND PD121 HOLDINGS, LLC, Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-07826**

## ORDER

We **GRANT** appellant's September 1, 2015 unopposed motion for ten-day extension of time to file reply brief and **ORDER** the brief be filed no later than September 18, 2015.


/s/    CRAIG STODDART
        JUSTICE